FILED
CLERK U.S. DISTRICT COURT

APR 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DARRYL LYNN DAVIS, | ) CV 07-3861-VBF(SH) |
|                    Petitioner, | ) JUDGMENT |
| v. | ) |
| TOM FELKER, | ) |
|                    Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 4-1-08

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1